**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PAUL GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>STRAYER, SAYLORS & ASSOCIATES, INC., a corporation; EBS PROPERTIES, LLC, a California limited liability company,<br><br>Defendants | CASE NO.: 8:23-CV-00529-FWS-ADS<br><br><br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

## **JOINT STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through their respective counsel of record, that this action shall be dismissed in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

///

///

JOINT STIPULATION OF DISMISSAL

1

Civil Procedure, each party to bear its own costs and fees.

**Date: 1/10/2024**               For the Plaintiff:

**LAW OFFICE OF JOSEPH BAKHOS**

    **/s/ Joseph Bakhos**
**JOSEPH BAKHOS, Esq.**

**Date: 1/10/2024**               For the Defendants:

**LAW OFFICE OF JASON G. GONG, APC**

    **/s/ Jason Gong**
**JASON GONG, Esq.**

JOINT STIPULATION OF DISMISSAL

2