**NOTE: CHANGES MADE BY COURT**

# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN PAUL GONZALES,<br><br>        Plaintiff,<br><br>    v.<br><br>STRAYER, SAYLORS & ASSOCIATES, INC., a corporation; EBS PROPERTIES, LLC, a California limited liability company,<br><br>        Defendants. | Case No. 8:23-cv-00529-FWS-ADS<br><br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL [21]** |

///

///

///

1    Having reviewed and consider the Joint Stipulation for Dismissal of Action

2

3    with Prejudice [21], the files and records of the case, the applicable law, and good

4    cause appearing, the court **ORDERS** the following:

5

6

7    The above-captioned case, including all claims and counterclaims stated

8    herein against all parties, is **DISMISSED WITH PREJUDICE**.

9

10

11    **IT IS SO ORDERED**.

12

13

14    Dated:  January 12, 2024

15    Hon. Fred W. Slaughter
      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28